UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 19-08031
Keith D Bruce )
  )  Chapter: 13
  )  Honorable Janet S. Baer
Debtor(s) )

## ORDER DENYING CHAPTER 13 FEE APPLICATION

The fee application filed in the above-captioned case by the Debtor's attorney at Docket No. 16 is hereby denied without prejudice for the following reason(s):

☐ Paragraph 6 of the Form 2030 Disclosure of Compensation filed by the attorney carves out certain duties that are required under the Court-Approved Retention Agreement.

☐ There are discrepancies in the dollar figures in the documents.

☒ Actual signatures are missing on the Court-Approved Retention Agreement. (Only the Debtor's electronic signature appears on the Court-Approved Retention Agreement; a wet signature is required.)

☐ The attorney failed to use the correct version of the Court-Approved Retention Agreement.

☐ Notice of the application is insufficient pursuant to Local Rule 5082-2D(1)(a) because the Creditor Meeting Notice attached to the application and served on all creditors does not disclose the amount of original compensation sought.

☐ Other:

The Debtor's attorney may refile the fee application in the above-captioned case only if the attorney files amended documents correcting the error(s) outlined above.

Enter: /s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: JUL 1 8 2019